# United States Bankruptcy Court
### Western District of Virginia

In re  **In Re Marston and Geralyn Belt**                              Case No.  06-61231
　　　Debtor                              Debtor(s)                    Chapter  **11**

### MOTION FOR VOLUNTARY DISMISSAL

　　　Comes now the debtors, by counsel, and move for voluntary dismissal without prejudice of this case, and in support thereof states as follows:

　　　1.  The debtors converted this case to chapter 11 from a chapter 13.
　　　2.  The debtors seek to voluntarily dismiss this case, since, having consulted with counsel, it appears that they will be unable to comply with thee requirements of chapter 11.

Wherefore, thee debtors pray that this motion to dismiss be granted.

/s/  Steven Shareff

_____
PO Box 274
Palmyra, Va. 22963
(540) 748-2176
Counsel for the Debtor
VSB#24323

### CERTIFICATE OF SERVICE

　　　I hereby certify that on October 16, 2007 this motion was served electronically on the United States Trustee.


　　　Steven Shareff
/s/_____